I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: June 30, 2011

DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 3 0 2011

CENTRAL DISTRICT OF CALIFORNIA
BY Shy        DEPUTY

ENTER / JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOHN W. BLEDSOE,<br><br>    Petitioner,<br><br>    v.<br><br>MS. CASH, warden,<br><br>    Respondent. | Case No. CV 11-05012 TJH (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order.

DATED: June 27, 2011

TERRY J. HATTER, JR.
SENIOR DISTRICT JUDGE